

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-14-00276-CR

FRANCISCO LEIJA                                                    APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

FROM COUNTY COURT AT LAW NO. 2 OF WICHITA COUNTY
TRIAL COURT NO. 07-9089-62175-F

----------

## MEMORANDUM OPINION[1]

----------

Upon his plea of guilty, the trial court convicted Appellant Francisco Leija of driving while intoxicated and sentenced him to four days' confinement in the county jail and a $1,500 fine. Appellant filed a motion for new trial and a timely notice of appeal. The trial court's certification of Appellant's right to appeal states

---

[1]*See* Tex. R. App. P. 47.4.

that this is a plea-bargained case, that Appellant has no right of appeal, and that he waived the right of appeal.

On July 15, 2014, we sent Appellant a letter notifying him that this appeal could be dismissed based on the trial court's certification unless he or any party filed a response showing grounds for continuing the appeal.[2] We received no response.

Accordingly, we dismiss this appeal.[3]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 28, 2014

---

[2]*See* Tex. R. App. P. 25.2(d), 43.2(f).

[3]*See* Tex. R. App. 43.2(f).